# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 24-mj-04383-AHG |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Girish Subburaman | Booking No. 16447506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __11/20/2024__

the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

__X__ Defendant released on __$25,000 P/S__ Bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no.

_____ Defendant to be release to Pretrial Services for electronic monitoring.

_____ Other.


ALLISON H. GODDARD
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by T. Lee x. 7749

Crim-9 (Rev. 09/23)
Original

 Outlook

amended abstract Girish Subburaman 24mj4383

From  Trina Lee <Trina_Lee@casd.uscourts.gov>
Date  Wed 11/20/2024 4:58 PM
To    CAS Releases <CAS.Releases@usdoj.gov>

📎 1 attachment (269 KB)
amended abstract Girish Subburaman 24mj4383.pdf;

Sincerely,

Trina Lee
Courtroom Deputy to the Honorable Allison H. Goddard
United States District Court, Southern California
(619) 557-7749